Claudia Center, State Bar No. 158255
Jinny Kim, State Bar No. 208953
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199

Attorneys for Plaintiff
Alfonso Garrido

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALFONSO GARRIDO, | ) **Case No.  CV08 3649 PJH** |
| Plaintiff, | ) |
|  | ) **CERTIFICATION OF INTERESTED** |
| v. | ) **ENTITIES OR PERSONS** |
|  | ) |
| AMERICAN AIRLINES, INC., | ) Civil L.R. 3-16 |
| Defendant. | ) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that of this date, other than the named parties, there is no such interest to report.

Dated:    July 31, 2008

Respectfully submitted,

THE LEGAL AID SOCIETY -
EMPLOYMENT LAW CENTER

By:    _____/s/_____
       Jinny Kim

       Attorneys for Plaintiff
       ALFONSO GARRIDO