1  Claudia Center, State Bar No. 158255
   Jinny Kim, State Bar No. 208953
2  THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
   600 Harrison St., Suite 120
3  San Francisco, CA 94107
   Telephone: (415) 864-8848
4  Facsimile: (415) 864-8199

5
   Attorneys for Plaintiff
6  Alfonso Garrido

7
8              THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11 ALFONSO GARRIDO,                )   Case No. CV08 3649 PJH
                                   )
12         Plaintiff,               )
                                   )
13     v.                           )   Certificate of Service
                                   )
14                                 )
15 AMERICAN AIRLINES, INC.,         )
                                   )
16         Defendant.              )
                                   )
17                                 )
   ...

22  I, _____ declare:

23  I am a citizen of the United States, over 18 years of age, employed in Los Angeles,

25  California, and not a party to or interested in the entitled action. I am an employee of

26  PROLEGAL, INC. and my business address is 1706 S. FIGUEROA ST, LA CA 90015.

27  On August 5 2008, I served the following on all parties in said action:

Page 1

Complaint

Summons

Order Setting Initial Case Management Conference and ADR deadlines

U.S. District Court, San Francisco Filing Procedures

Notice of Availability of Magistrate Judge to Exercise Jurisdiction

U.S. District Court Northern, ECF Registration Information Handout

Brochure entitled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California"

  X       by transmitting via hand delivery to the following address below:

CT Corporation
818 West Seventh Street
Los Angeles, CA 90017

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on Aug 7, 2008 at Los Angeles, California.

Dated: Aug 7, 2008                               By: _____