1  Claudia Center, State Bar No. 158255
   Ccenter@las-elc.org
2  Jinny Kim, State Bar No. 208953
   jkim@las-elc.org
3  THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
   600 Harrison St., Suite 120
4  San Francisco, CA  94107
   Telephone:  (415) 864-8848
5  Facsimile:  (415) 864-8199

6  Attorneys for Plaintiff

7  Paula Champagne, State Bar No. 76545
   pchampagne@littler.com
8  Olga Savage, State Bar No. 252009
   osavage@littler.com
9  LITTLER MENDELSON P.C.
   650 California St., 20th Floor
10 San Francisco, CA  94108
   Telephone:  (415) 433-1940
11 Facsimile:  (415) 743-6548

12 Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GARRIDO, | No. CV08 3649 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | [Fed. R. Civ. P. 41(a)(1)] |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their

1

designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1).

Therefore, by and through their respective counsel of record, the Parties hereby request that the Court enter an order dismissing this Action in its entirety with prejudice.

Dated: March 6, 2009

Claudia Center
Jinny Kim
The LEGAL AID SOCIETY
--EMPLOYMENT LAW CENTER

By _____
JINNY KIM
Attorneys for Plaintiff

Dated: March 6, 2009

Paula Champagne
Olga Savage
LITTLER MENDELSON

By _____
PAULA CHAMPAGNE
Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**ORDER OF DISMISSAL**

The stipulation of Plaintiff and Defendant to dismiss the above-captioned Action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure is before the Court.

IT IS, THEREFORE, ORDERED that this Action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: March 10, 2009



THE HONORABLE PHYLLIS J. HAMILTON

---

3

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE